**Opinion issued August 31, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00651-CV

————————————

**GAIL THOMAS WHITCOMB, Appellant**

**V.**

**JERIANN WHITCOMB KOLBER, Appellee**

---

**On Appeal from the Probate Court No. 2**
**Harris County, Texas**
**Trial Court Cause No. 380338**

---

## MEMORANDUM OPINION

Appellant, Gail Thomas Whitcomb, filed a motion to dismiss this appeal,

stating that he no longer desires to pursue this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

Although appellant's motion does not contain a certificate of conference and ten

days has not yet passed, we conclude that good cause exists to suspend the normal

operation of Rules 10.1 and 10.3 and construe appellant's motion as unopposed. *See* TEX. R. APP. P. 2, 10.1(a)(5), 10.3(a)(2), 42.1(a)(1). No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant appellant's motion and dismiss this appeal. *See* TEX. R. APP. P. 42.3(a), 43.2(f).

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Lloyd.